DSF____

LAW OFFICES

# JOSEPH J. RHOADES

SUITE 1200
LEGAL ARTS BUILDING
1225 KING STREET
P.O. BOX 874
WILMINGTON, DELAWARE 19899-0874

JOSEPH J. RHOADES
A. DALE BOWERS

(302) 427-9500
FAX (302) 427-9509

May 27, 2005

**VIA HAND DELIVERY**
NCL America Inc.
Care of Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
NCL Corporation
7665 Corporate Center Drive
Miami, Florida 33126.

    **RE:**   <u>Elizabeth McKenna vs. NCL America Inc.</u>

To Whom It May Concern:

    Enclosed is a courtesy copy of pleadings recently filed in Superior Court of the State of Delaware, in and for New Castle County, in which you have been named as a defendant. Please contact your insurance company if you have any questions.

    Very truly yours,

A. Dale Bowers

ADB/rs
Enclosure

RECEIVED
JUN - 1 2005
LEGAL DEPARTMENT