# FOX • ROTHSCHILD LLP
## ATTORNEYS AT LAW

CITIZENS BANK CENTER • SUITE 1300 • 919 NORTH MARKET STREET • P.O. BOX 2323 • WILMINGTON, DE 19899-2323
302.654.7444 • FAX 302.656.8920 • www.foxrothschild.com

Sharon Oras Morgan
Direct Dial: (302) 622-4246
Internet Address: smorgan@frof.com

June 23, 2005

**VIA HAND DELIVERY**

Superior Court
New Castle County Courthouse
500 King Street
Wilmington, DE. 19801

Re: **Elizabeth McKenna & John McKenna v. NCL America, Inc. & NCL Corporation, LTD**

Dear Prothonotary:

Enclosed please find an original and (2) courtesy copies of the following pleadings that have been filed in the U.S. District Court this date:

1. Notice of Filing of Notice of Removal by Defendants
2. Filed copy of Notice of Removal with Exhibits 1 through 3
3. Certificate of Service

Respectfully submitted,

Sharon Oras Morgan

Enclosure

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: <u>(N)</u>  K   S  
Civil Case Code   CPIN

CIVIL ACTION NUMBER: 05C-05-317  
Civil Case Type: <u>Personal Injury</u>

(SEE REVERSE SIDE FOR CODE AND TYPE)

| Caption:. | Name and Status of Party filing document:<br>**Defendant, NCL America Inc., NCL Corporation, LTD.** |
|---|---|
| **ELIZABETH MCKENNA, and JOHN MCKENNA**<br><br>Plaintiffs,<br><br>Vs<br><br>**NCL AMERICA, INC., and NCL CORPORATION LTD.,**<br><br>Defendants. | Document Type: (E. G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)<br>**Defendant, NCL America, Inc., NCL Corpoartion, LTD. Notice of Removal**<br><br>Non-Arbitration <u>X</u><br>(CERTIFICATE OF VALUE MAY BE REQUIRED<br><br>Arbitration ___   Mediation ___   Neutral Assessment ___<br>DEFENDANT (CIRCLE ONE)   ACCEPT          REJECT.<br><br>JURY DEMAND          YES <u>X</u>       NO ___<br><br>TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)<br><br>EXPEDITED        STANDARD <u>X</u>      COMPLEX . |
| ATTORNEY NAME(S):<br>**Sharon Morgan, Esquire** | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGES INITIALS |
| ATTORNEY ID(S):<br>**4287** | |
| FIRM NAME:<br>**Fox Rothschild LLP** | EXPLAIN THE RELATIONSHIP(S): |
| ADDRESS:<br>**Citizens Bank Center**<br>**919 North Market Street, Suite 1300**<br>**P.O. Box 2323**<br>**Wilmington, DE 19801-2323** | |
| TELEPHONE NUMBER:<br>**(302) 654-7444** | |
| FAX NUMBER:<br>**(302) 656-8920** | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| E-MAIL ADDRESS:<br>**smorgan@ foxrothschild.com** | |
| | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |
| THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN. ||

WM1A 58704v1 06/23/05

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| Elizabeth H. McKenna, et al., | : |
| | : C.A. No. 05C-05-317 WCC |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NCL America, Inc., et al | : |
| | : |
| Defendants. | : |
| | : |

NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE CLERK:

Pursuant to 28 U.S.C. § 1446(d), Defendants NCL (Bahamas) Ltd., d/b/a NCL and NCL America, Inc. herewith files, a true and correct copy of the Notice of Removal which was filed on June 23, 2005 in the United States District Court for the District of Delaware. The case was docketed as Civil Action No. _____.

Respectfully submitted,

_____
Sharon Oras Morgan, Esquire
Delaware Bar No. 4287
919 N. Market Street, Suite 1300
Wilmington, DE 19801-3046
(302) 622-4246
(302) 656-8920 (fax)
Counsel for Defendants

Dated: June 23, 2005

WM1A 58701v1 06/23/05