

2005 JUN 23 PM 3:55

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 5 - 4 2 5

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

6-23-05
_____
(Date forms issued)

_____
(Signature of Party or their Representative)

Jason Stowell
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action