# FOX • ROTHSCHILD LLP
### ATTORNEYS AT LAW

CITIZENS BANK CENTER • SUITE 1300 • 919 NORTH MARKET STREET • P.O. BOX 2323 • WILMINGTON, DE 19899-2323
302.654.7444 • Fax 302.656.8920 • www.foxrothschild.com

Sharon Oras Morgan
Direct Dial: (302) 622-4246
Internet Address: smorgan@frof.com

0 5 - 4 2 5

June 23, 2005

**VIA HAND DELIVERY**

United States District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE. 19801

    **Re:** **Elizabeth McKenna & John McKenna v. NCL America, Inc. & NCL Corporation, LTD**

Dear Clerk of Court:

Enclosed please find the original and (1) courtesy copy of the following pleadings that have been filed this date:

1. Notice of Removal filed by Defendants
2. Exhibits 1 through 3
3. Certificate of Service
4. Disk containing these documents in pdf format.
5. Filing fees in the amount of $250.00 in form of check

Respectfully submitted,

*Sharon Oras Morgan*
Sharon Oras Morgan

Enclosure

WM1A 58718v1 06/23/05

PENNSYLVANIA • NEW JERSEY • DELAWARE