## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of California, and am permitted to practice in all state courts within California and Pennsylvania. I am also admitted, and in good standing, in the United States District Courts for the Eastern District of Pennsylvania, as well as the Northern, Central and Eastern Districts of California. In addition, I am admitted, and in good standing, in the United States Circuit Courts for the District of Columbia, Third, Ninth and Federal Circuits. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I have access to, and have acquired, a copy of the Local Rules of this Court and am generally familiar with this Court's Local Rules.

John Halfpenny, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2024

Dated: June ___, 2005