IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Elizabeth H. McKenna, et al., | : | C.A. No. 05-425 |
| Plaintiff, | : | |
| v. | : | |
| NCL America, Inc. et al | : | |
| Defendants | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

SHARON ORAS MORGAN, ESQUIRE a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached certification, moves for the admission *pro hac vice* of A. Robert Degen, Esquire, of Fox Rothschild LLP at 2000 Market St, Tenth Floor, Philadelphia, PA, 19103-3292, to represent Defendants in this action.

FOX ROTHSCHILD LLP

BY: _____
Sharon Oras Morgan, Esquire
Delaware Bar No. 4287
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 622-4246
(302) 656-8920 (facsimile)

Dated: June 30, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for *pro hac vice* is granted.

BY THE COURT:

Dated:_____        _____
UNITED STATES DISTRICT JUDGE

WM1A 59025v1 06/29/05