## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the state of New Jersey and the District of Columbia. I am also admitted, and in good standing, in the United States District Court for the District of New Jersey, the Eastern District of Pennsylvania, the Northern District of California, the Southern District of New York and the Eastern District of New York. I also am admitted and in good standing with the Third Circuit and Second Circuit Court of Appeals and the United States Claims Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I have access to, and have acquired, a copy of the Local Rules of this Court and am generally familiar with this Court's Local Rules.

A. Robert Degen, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2024

Dated: June 28, 2005