## CERTIFICATE OF SERVICE

I, Sharon Oras Morgan, Esquire hereby certify that a true and correct copy of the foregoing Defendants' Motion for Admission *Pro Hac Vice* was served on Plaintiffs' counsel by First-Class mail, postage prepaid, on this 29th day of June , 2005, on the following individuals:

    Joseph J. Rhoades, Esquire
    1225 King Street, 12th Floor
    Wilmington, Delaware 19801

                                                             SHARON ORAS MORGAN

Dated : June 30, 2005