IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH McKENNA, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-425 GMS |
| | ) | |
| NCL AMERICA INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on June 23, 2005, a Notice of Removal from the Superior Court of Delaware (D.I. 1) was filed in this court; and

WHEREAS, on June 29, 2005, this case was assigned to the undersigned.

IT IS HEREBY ORDERED THAT:

1. Plaintiffs submit a letter to the court stating whether the amount in controversy exceeds $75,000; or

2. Plaintiffs submit a letter to the court stating the precise nature of the injuries alleged.

July 19, 2005                                     /s/ Gregory M. Sleet
                                                  UNITED STATES DISTRICT JUDGE