IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH H. MCKENNA and<br>JOHN J. MCKENNA, her husband,<br>                      Plaintiffs,<br><br>            v.<br><br>NCL AMERICA, INC.,<br>a corporation of the State of Delaware,<br>and NCL CORPORATION LTD.,<br>a foreign corporation,<br>                      Defendants. | :<br>:<br>:   C.A. No. 05-425 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO DISMISS OF DEFENDANTS NCL AMERICA, INC. AND NCL CORPORATION, LTD.**

                                          FOX ROTHSCHILD, LLP
                                          Sharon Oras Morgan
                                          Delaware Bar No. 4287
                                          919 North Market Street
                                          Suite 1300
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 622-4246
                                          Facsimile:  (302) 656-8920
                                          Counsel for Defendants
                                          NCL America, Inc. and NCL Corporation, Ltd

OF COUNSEL:
A. Robert Degen, Esquire
John Halfpenny, Esquire
Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150

DATED: July 22, 2005

# TABLE OF CONTENTS

|      |                                                                                                      | Page |
|------|------------------------------------------------------------------------------------------------------|------|
| I.   | Statement of Proceedings                                                                             | 1    |
| II.  | Summary of Argument                                                                                  | 2    |
| III. | Facts                                                                                                | 2    |
| IV.  | Argument                                                                                             | 4    |
|      | A. Motion to Dismiss Standards                                                                       | 4    |
|      | B. NCL America and NCL Corporation Were Fraudulently Joined and There is No Basis for Asserting a Claim Against Them | 5    |
| V.   | Conclusion                                                                                           | 7    |

# TABLE OF CITATIONS

Batoff v. State Farm Ins. Co.,
977 F. 2d 848, 851, 852 (3d Cir. 1992) .................................  5

Clark v. Sears, Roebuck & Co.,
816 F. Supp. 1064, 1067 (E.D. Pa. 1993) .............................  4

Conley v. Gibson,
355 U.S. 41, 45-46 (1957..................................................  4

Floyd v. Saturn of Newark,
2005 WL 1657119,3 (D.Del) ...........................................  4

Frazier v. Southeastern Pa. Transp. Auth.,
785 F. 2d 65, 66 (3d Cir. 1986) ........................................  4

McCoy v. United States,
758 F. Supp. 299, 301 (E.D. Pa. 1991) .................................  4

Minker v. HSB Industrial Risk Insurers,
2000 WL 291542, 7(D.Del.) .............................................  5

Obeng v. Delaware State Police,
2005 WL 1592951, 2 (D. Del. 2005) .................................  5

In re Rockefeller Ctr. Props., Inc. Sec. Litig.,
311 F. 3d 198, 215 (3d Cir. 2002) ......................................  4

Trump Hotels & Casino Resorts, Inc. v. Mirage Resorts, Inc.,
140 F. 3d 478, 483 (3d Cir. 1998) ........................................   4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH H. MCKENNA and<br>JOHN J. MCKENNA, her husband,<br><br>          Plaintiff,<br><br>    v.<br><br>NCL AMERICA, INC.,<br>a corporation of the State of Delaware,<br>and NCL CORPORATION LTD.,<br>a foreign corporation,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 05-425 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION OF DEFENDANTS NCL AMERICA, INC. AND NCL CORPORATION, LTD. TO DISMISS THE COMPLAINT

Defendant NCL America, Inc. ("NCL America") and defendant NCL Corporation Ltd. ("NCL Corporation"), through their undersigned counsel, hereby move this Court for an order, pursuant to Fed.R.Civ.P. 12(b)(6), dismissing the Complaint as to NCL America and NCL Corporation, and substituting in NCL (Bahamas), Ltd. as defendant. In support of this motion, NCL America and NCL Corporation rely upon, and incorporate by reference, their supporting Memorandum of Law, being filed herewith.

                                FOX ROTHSCHILD, LLP


                                /s/ Sharon Oras Morgan
                                Sharon Oras Morgan
                                Delaware Bar No. 4287
                                919 North Market Street
                                Suite 1300
                                Wilmington, Delaware 19801
                                Telephone: (302) 622-4246

WM1A 60545v1 07/22/05

                                          Facsimile: (302) 656-8920
                                          Counsel for Defendants
                                          NCL America, Inc. and NCL Corporation, Ltd.

OF COUNSEL:
A. Robert Degen, Esquire
John Halfpenny, Esquire
Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150

DATED: July 22, 2005