# Exhibit 1

Case 1:05-cv-00425-GMS   Document 5-3   Filed 07/22/2005   Page 1 of 2

Fox Rothschild LLP    Fax:2152992150    Jul 14 2005 10:33    P.02

McKenna v. NCL Corp.

John P. Halfpenny
Direct Dial: (215) 299-2024
Internet Address: jhalfpenny@foxrothschild.com

July 12, 2005

Ms. Rita Stirpano
The Law Offices of Joseph J. Rhoades
Legal Arts Building-Suite 1200
P.O. Box 874
Wilmington, Delaware 19899-0874

Re:   McKenna v. NCL

Dear Ms. Stirpano:

Pursuant to our telephone conversation today, this letter confirms that Plaintiffs have agreed that Defendants shall have through Friday, July 22, 2005 to answer, respond or otherwise plead to Plaintiffs' Complaint, now pending in the United States District Court for the District of Delaware. We will prepare a Stipulation to this effect and will send it to you under separate cover.

Very truly yours,

John P. Halfpenny

JPH:nej