IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH H. MCKENNA and<br>JOHN J. MCKENNA, her husband,<br>         Plaintiffs, | :<br>:<br>:<br>: | C.A. No. 05-425 GMS |
| v. | : | |
| NCL AMERICA, INC.,<br>a corporation of the State of Delaware,<br>and NCL CORPORATION LTD.,<br>a foreign corporation,<br>         Defendants. | :<br>:<br>:<br>:<br>:<br>: | |

**ORDER GRANTING THE MOTION TO DISMISS
OF DEFENDANTS NCL AMERICA, INC. AND NCL CORPORATION, LTD.**

AND NOW, THIS ____ DAY OF AUGUST, 2005, upon consideration of defendants NCL America, Inc.'s ("NCL America") and NCL Corporation, Ltd.'s ("NCL Corporation") Motion to Dismiss, and all supporting papers, as well as plaintiffs' opposition, IT IS HEREBY ORDERED THAT:

(1)     the motion is granted. Plaintiffs' Complaint is dismissed with prejudice as to NCL America and NCL Corporation;

(2)     NCL (Bahamas) Ltd., d/b/a NCL shall be named as the defendant in this action and all future pleadings shall reflect this change in the caption.

_____
                                      J.