## CERTIFICATE OF SERVICE

I, Sharon Oras Morgan, Esquire, counsel for defendant, NCL (Bahamas) Ltd. d/b/a NCL, hereby certify that I served the foregoing Answer, and attached exhibits via first class mail, postage pre-paid, as follows:

>Joseph J. Rhoades, Esquire
>A. Dale Bowers, Esquire
>1225 King Street, 12th Floor
>Wilmington, Delaware  19801

>_/s/ Sharon Oras Morgan_
>Sharon Oras Morgan

Dated:  July 22, 2005