# Exhibit "1"

LAW OFFICES

# JOSEPH J. RHOADES

SUITE 1200
LEGAL ARTS BUILDING
1225 KING STREET
P.O. BOX 874
WILMINGTON, DELAWARE 19899-0874

JOSEPH J. RHOADES
A. DALE BOWERS

(302) 427-9500
FAX (302) 427-9509

April 9, 2005

Norwegian Cruise Line Ltd.
7665 Corporate Center Drive
Miami, FL 33126
Attn:
Natasha Myers

RECEIVED

APR 15 2005

CLAIMS DEPARTMENT

RE:  Our Client:     **Elizabeth McKenna**
     Date of Loss:   04/25/04
     Your Claim No.: 12040425

Dear Ms. Meyers:

As you may know, our office represents Ms. McKenna for injuries she sustained while cruising on a Norwegian cruise ship.

Enclosed please find the medical records regarding Elizabeth McKenna. In view of the significance of her injuries and the amount of medical expenses, I believe that Ms. McKenna would be awarded an amount in excess of $100,000.00. However, my client would accept that amount in full and final settlement of all claims.

Please examine the records and contact me with your thoughts on the matter. If I am unavailable, please speak with my paralegal, Rita Stirparo.

Very truly yours,

Joseph J. Rhoades

JJR/rs