8

## CERTIFICATE OF SERVICE

I, Sharon Oras Morgan, Esquire, counsel for defendant, NCL America, Inc. and NCL Corporation, Ltd, hereby certify that I served the foregoing Defendants' Opposition To Plaintiffs Motion For Remand, and attached exhibits via hand delivery, as follows:

>Joseph J. Rhoades, Esquire
>A. Dale Bowers, Esquire
>1225 King Street, 12th Floor
>Wilmington, Delaware 19801

>_____/s/ Sharon Oras Morgan_____
>Sharon Oras Morgan

Dated: August 1, 2005