IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH MCKENNA, and<br>JOHN J. MCKENNA,<br><br>      Plaintiffs,<br><br>      v.<br><br>NCL AMERICA, INC.,<br>a Delaware Corporation, and<br>NCL CORPORATION LTD.,<br>a Florida Corporation,<br><br>      Defendants. | Civil Action No. 05-425 GMS |

STIPULATION EXTENDING THE TIME FOR
<u>RESPONSE TO DEFENDANTS' MOTION TO DISMISS</u>

The parties, by and through the undersigned counsel, hereby stipulate and agree that plaintiffs shall have until August 15, 2005 to Respond to Defendants' Motion to Dismiss which was filed on July 22, 2005.

_____
Sharon Oras Morgan, Esquire (I.D. 4287)
Fox Rothschild, LLP
919 N. Market St., Suite 1300
Wilmington, DE 19801
302-622-4246
Attorneys for Defendants

DATE:

_____
Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
Wilmington, Delaware 19801
302-427-9500
Attorneys for Plaintiffs

DATE: 7/29/05

IT IS SO ORDERED, this ____ day of _____, 2005

_____
J