## CERTIFICATE OF SERVICE

I, Sharon Oras Morgan, Esquire, counsel for defendant, NCL America, Inc. and NCL Corporation, Ltd, hereby certify that on the date set forth below I served the foregoing Reply to Plaintiffs' Response to the Motion to Dismiss Filed by Defendants NCL Corporation, Ltd. and NCL America Inc., and attached exhibits via hand delivery, as follows:

>Joseph J. Rhoades, Esquire
>A. Dale Bowers, Esquire
>1225 King Street, 12th Floor
>Wilmington, Delaware  19801

>/s/ Sharon Oras Morgan
>Sharon Oras Morgan

Dated: August 22, 2005