# Exhibit 4

Case 1:05-cv-00425-GMS   Document 11-8   Filed 08/22/2005   Page 1 of 2

Registration No. 34678



# BERMUDA

## CERTIFICATE OF INCORPORATION ON CHANGE OF NAME

I HEREBY CERTIFY that in accordance with section 10 of the Companies Act 1981 **NCL Holdings, Ltd.** by resolution and with the approval of the Registrar of Companies has changed its name and was registered as **NCL Corporation Ltd.** on the **26th** day of **March, 2004**.



Given under my hand and the Seal of the REGISTRAR OF COMPANIES this **29th** day of **March, 2004**

for **Registrar of Companies**