IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH H. MCKENNA and<br>JOHN J. MCKENNA, her husband,<br>                    Plaintiffs,<br><br>        v.<br><br>NCL AMERICA INC.,<br>a corporation of the State of Delaware,<br>and NCL CORPORATION LTD.,<br>a foreign corporation,<br>                    Defendants. | :<br>:<br>:<br>:   C.A. No. 05-425 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## REQUEST FOR ORAL ARGUMENT

Defendants NCL America, Inc. and NCL Corporation Ltd., by and through their undersigned counsel, pursuant to Local Rule 7.1.4, hereby request Oral Argument on their Motion to Dismiss and Plaintiffs' Motion for Remand.

                    FOX ROTHSCHILD, LLP

                    /s/ Sharon Oras Morgan
                    Sharon Oras Morgan (DE Bar No. 4287)
                    919 N. Market Street
                    Suite 1300
                    Wilmington, Delaware 19801
                    Telephone: (302) 622-4246
                    Facsimile: (302) 656-8920

                    OF COUNSEL:
                    A. Robert Degen, Esquire
                    John Halfpenny, Esquire
                    2000 Market Street, 10th Floor
                    Philadelphia, Pennsylvania 19103
                    Telephone: (215) 299-2000
                    Facsimile: (215) 299-2150

                    Attorneys for Defendant
                    NCL (Bahamas) Ltd. d/b/a NCL