## CERTIFICATE OF SERVICE

I, Sharon Oras Morgan, Esquire, counsel for defendant, NCL America, Inc. and NCL Corporation, Ltd, hereby certify that I served the foregoing Request for Oral Argument, via hand delivery, to counsel at the address stated below:

> Joseph J. Rhoades, Esquire
> A. Dale Bowers, Esquire
> 1225 King Street, 12th Floor
> Wilmington, Delaware 19801


                                                 /s/ Sharon Oras Morgan
                                               Sharon Oras Morgan

Dated: August 22, 2005