# Exhibit 2

Case 1:05-cv-00425-GMS    Document 13-2    Filed 08/22/2005    Page 1 of 6

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "NCL AMERICA INC.", FILED IN THIS OFFICE ON THE FIRST DAY OF AUGUST, A.D. 2003, AT 2:35 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



Harriet Smith Windsor, Secretary of State

3688527  8100
030504699

AUTHENTICATION: 2561752

DATE: 08-01-03

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:32 PM 08/01/2003
FILED 02:35 PM 08/01/2003
SRV 030504699 - 3688527 FILE

## CERTIFICATE OF INCORPORATION
## OF
## NCL AMERICA INC.

Pursuant to the provisions of Section 102 of the General Corporation Law of the state of Delaware, the following Certificate of Incorporation is submitted for filing:

### ARTICLE 1
### NAME

The name of this corporation is NCL America Inc.

### ARTICLE 2
### REGISTERED OFFICE AND AGENT

The respective names of the County and of the City within the County in which the registered office of the Corporation is to be located in the state of Delaware are the county of New Castle and the city of Wilmington. The name and address by street and number of said registered agent is The Corporation Trust Company, 1209 Orange Street, Wilmington, County of New Castle, Delaware 19801.

### ARTICLE 3
### PURPOSE

This corporation is organized for the purposes of transacting any and all lawful business for which a corporation may be incorporated under Section 102 of the General Corporation Law of the State of Delaware, as amended.

### ARTICLE 4
### CAPITAL STOCK

The authorized capital stock of this corporation shall consist of Three Thousand (3,000) shares of common stock each having a par value of $0.001.

### ARTICLE 5
### DURATION

This corporation shall have perpetual existence.

1

## ARTICLE 6
## BYLAWS

Except as otherwise provided in this Certificate of Incorporation, in furtherance and not in limitation of the powers conferred by statute, the Board of Directors is expressly authorized to make, repeal, alter, amend and rescind any or all of the Bylaws of this corporation.

## ARTICLE 7
## BOARD OF DIRECTORS

The number of directors of this corporation shall be fixed from time to time by the bylaws or amendment thereof duly adopted by the Board of Directors or by the stockholders. The names and mailing addresses of the persons who are to serve as directors until the first annual meeting of stockholders or until their successors are elected and qualified are:

| Name | Address |
|---|---|
| Colin Veitch | 7665 Corporate Center Drive, Miami, FL 33126 |
| Lanarr B. Cooler | 7665 Corporate Center Drive, Miami, FL 33126 |
| Robert M. Kritzman | 7665 Corporate Center Drive, Miami, FL 33126 |

## ARTICLE 8
## ELECTION OF DIRECTORS

Elections of directors need not be by written ballot unless the Bylaws of this corporation shall so provide.

## ARTICLE 9
## MEETINGS OF STOCKHOLDERS

Meetings of stockholders may be held within or without the State of Delaware, as the Bylaws may provide. The books of this corporation may be kept (subject to any provision contained in the statutes) outside the State of Delaware at such place or places as may be designated from time to time by the Board of Directors or in the Bylaws of this corporation.

## ARTICLE 10
## LIMITATION OF DIRECTOR LIABILITY

A director of this corporation shall, to the fullest extent permitted by the General Corporation Law as it now exists or as it may hereafter be amended, not be personally liable to this corporation or its stockholders for monetary damages for breach of fiduciary duty as a director, except for liability (i) for any breach of the director's duty of loyalty to this corporation or its stockholders, (ii) for acts or omissions not in good faith or that involve intentional misconduct or a knowing violation of law, (iii) under Section 174 of the General Corporation

2

08/01/2003 10:34 FAX 2066237022          Preston Gate & Ellis                  ☒004/005

Law, or (iv) for any transaction from which the director derived any improper personal benefit. If the General Corporation Law is amended, after approval by the stockholders of this Article, to authorize corporation action further eliminating or limiting the personal liability of directors, then the liability of a director of this corporation shall be eliminated or limited to the fullest extent permitted by the General Corporation Law, as so amended.

Any amendment, repeal or modification of this Article 10, or the adoption of any provision of this Restated Certificate of Incorporation inconsistent with this Article 10, by the stockholders of this corporation shall not apply to or adversely affect any right or protection of a director of this corporation existing at the time of such amendment, repeal, modification or adoption.

## ARTICLE 11
## AMENDMENT TO CERTIFICATE OF INCORPORATION

This corporation reserves the right to amend, alter, change or repeal any provision contained in this Certificate of Incorporation, in the manner now or hereafter prescribed by statute, and all rights conferred upon stockholders herein are granted subject to this reservation.

## ARTICLE 12
## INDEMNIFICATION OF DIRECTORS

To the fullest extent permitted by applicable law, this corporation is authorized to provide indemnification of (and advancement of expenses to) agents of this corporation (and any other persons to which General Corporation Law permits this corporation to provide indemnification) through bylaw provisions, agreements with such agents or other persons, vote of stockholders or disinterested directors or otherwise, in excess of the indemnification and advancement otherwise permitted by Section 145 of the General Corporation Law, subject only to limits created by applicable General Corporation Law (statutory or non-statutory), with respect to actions for breach of duty to this corporation, its stockholders, and others.

Any amendment, repeal or modification of the foregoing provisions of this Article 12 shall not adversely affect any right or protection of a director, officer, agent, or other person existing at the time of, or increase the liability of any director of this corporation with respect to any acts or omissions of such director, officer or agent occurring prior to, such amendment, repeal or modification.

## ARTICLE 13
## POWERS OF INCORPORATOR

The powers of the incorporator shall terminate upon the filing of the Certificate of Incorporation.

3

08/01/2003 10:35 FAX 2068237022         Preston Gate & Ellis                     ☒005/005

## SIGNATURE PAGE
## CERTIFICATE OF INCORPORATION

### NCL AMERICA INC.

The undersigned, for the purposes of forming a corporation under the laws of the state of Delaware, hereby executes this Certificate of Incorporation on August ___, 2003.

By _____
Sam E. Haviland, Incorporator

Address:
c/o Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

4