# Exhibit 3

Case 1:05-cv-00425-GMS    Document 13-3    Filed 08/22/2005    Page 1 of 2

FORM NO. 6                                              Registration No. 34678



BERMUDA

# CERTIFICATE OF INCORPORATION

I hereby in accordance with the provisions of section 14 of *the Companies Act 1981* issue this Certificate of Incorporation and do certify that on the **15th** day of **December, 2003**

**NCL Holdings, Ltd.**

was registered by me in the Register maintained by me under the provisions of the said section and that the status of the said company is that of an **exempted** company.



Given under my hand and the Seal of the REGISTRAR OF COMPANIES this **16th** day of December, 2003.

for Registrar of Companies