# Exhibit 5

FORM NO. 6                                                Registration No. 34680



**BERMUDA**

# CERTIFICATE OF INCORPORATION

I hereby in accordance with the provisions of section 14 of *the Companies Act 1981* issue this Certificate of Incorporation and do certify that on the **15th** day of **December, 2003**

**NCL (Bahamas) Ltd.**

was registered by me in the Register maintained by me under the provisions of the said section and that the status of the said company is that of an **exempted** company.



Given under my hand and the Seal of the REGISTRAR OF COMPANIES this **16th** day of **December, 2003**.

for Registrar of Companies